## Commonwealth ex rel. Negrich, Appellant, *v.* Russell.

Submitted April 13, 1967. *Orlando N. Prosperi,* for appellant; *John K. Best,* Assistant

District Attorney, and *Joseph M. Loughran,* District Attorney, for appellee.

Order affirmed.